IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**Mearle Anthony Wilson, Special Administrator**        **PLAINTIFF**
**of The Estate of Richard Wilson, Deceased**

CASE NO. 1:25-CV-01017-SOH

**Ouachita County, Arkansas;**        **DEFENDANTS**
**David Norwood, individually and in his**
**official capacity as Sheriff of Ouachita County, Arkansas;**
**Cameron Owens, individually and in his official capacity**
**as Captain and Jail Administrator of the**
**Ouachita County Detention Center of Ouachita County, Arkansas;**
**Stefanie Holmes, individually and**
**in her official capacity as Facility Nurse of the**
**Ouachita County Detention Center of Ouachita County, Arkansas;**
**Darrell Elkin, individually and in his capacity as**
**medical care provider for the Ouachita County Detention Center**
**of Ouachita County, Arkansas;**
**Timothy Irons, individually and in his official capacity**
**as Supervisor of the Ouachita County Detention Center**
**of Ouachita County, Arkansas;**
**Jassanie Sumlers, individually and in her official capacity**
**as Detention Officer of Ouachita County Detention Center;**
**Clarence Capps, individually and in his official capacity**
**as Detention Officer of Ouachita County Detention Center;**
**and Jane and John Does 1-X**

## MOTION TO SET ASIDE SERVICE OF PROCESS

The undersigned counsel, on behalf of the County, for the limited purpose of moving this Court to set aside service of process, states as follows:

1. On or about February 12, 2025, the Ouachita Detention Center located at 109 Goodgame Street, Camden, AR 71701, received delivery via process server a summons directed to Timothy Irons.

2. Defendant Timothy Irons is no longer employed with Ouachita Detention Center or Ouachita County Sheriff's Office. The undersigned has not been hired to represent Irons but since this was served at the County brings this motion.

3. The articles of service addressed to Timothy Irons were received by personnel who signs for all mail as a matter of course and who did not have knowledge of the status of the addressees.

4. Co-Defendant's have been served and their Answers were timely filed. **ECF. 8**

5. Since Defendant Timothy Irons never received service and were not employed with Ouachita County at the time of service, they have not

been properly served pursuant to the Federal Rules of Civil Procedure, and the purported service of process on these purported defendants should be set aside.

6. By this motion, the undersigned counsel files this for the County for the the sole and limited purpose of challenging service, and does not waive or have the authority to waive and thus expressly reserves the defendant's right to proper service of summons and complaint.

7. This motion is being sought in good faith and not for the purpose for undue delay.

WHEREFORE, the County defendants respectfully requests that the purported the service of the complaint upon her be set aside.

Respectfully submitted,

_____
Jamie Huffman Jones #2003125
FRIDAY, ELDREDGE & CLARK, LLP
400 W. Capitol Ave., Suite 2000
Little Rock, AR 72201
(501) 370-1430 – phone
(501) 244-5340 – facsimile
jjones@fridayfirm.com

3

## CERTIFICATE OF SERVICE

      I, Jamie Huffman Jones, certify that on this 6th day of May, 2025, I filed the foregoing with the Clerk of the Court, and/or I served a copy on the following via electronic mail:

*Attorney for Separate Defendant Stefanie Holmes*
Michael A. Mosley
JASON OWENS LAW FIRM, P.A.
P.O. Box 850
Conway, Arkansas 72033-0850
mosley@jowenslawfirm.com

*Attorney for Separate Defendant Darrell Elkin*
C. Burt Newell
P.O. Box 1620
Hot Springs, Arkansas 71902
burt@hotspringslaw.net

*Attorney for Plaintiff*
Jessica Virden Mallett
THE LAW OFFICE OF MILLER & MALLETT
1601 Broadway
Little Rock, Arkansas 72206
jvirden@petermillerlaw.com

                                                                                                           Jamie Huffman Jones